On respondent's petition for reconsideration filed March 19, reconsideration allowed; former disposition withdrawn; former opinion (219 Or App 617, 184 P3d 1143 (2008)) modified and adhered to as modified; affirmed June 10, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

KEVIN MITCHELL BUMGARNER,
*Defendant-Appellant.*

Douglas County Circuit Court
03CR1425FE; A126264

209 P3d 857

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Wollheim, Presiding Judge, and Armstrong, Judge, and Sercombe, Judge.

PER CURIAM

**PER CURIAM**

The state petitions this court to reconsider its decision in *State v. Bumgarner*, 219 Or App 617, 184 P3d 1143, *rev den*, 345 Or 175 (2008), *cert den*, ___ US ___ , 129 S Ct 927 (2009). In *Bumgarner*, we affirmed defendant's convictions but remanded for resentencing. The state now contends that, in light of *Oregon v. Ice*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009), we erred in remanding for resentencing. We agree and, accordingly, modify our opinion and affirm.

Reconsideration allowed; former disposition withdrawn; former opinion modified and adhered to as modified; affirmed.